| Date | Employee/Vendor | Customer: Job | Service | Description | Duration |
|---|---|---|---|---|---|
| 2020-01-06 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Client Meeting | 0.9 |
| 2020-01-07 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Client call while reviewing client's documents; investigate company info | 3.6 |
| 2020-01-08 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Draft Complaint | 1.5 |
| 2020-01-08 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Complete Civil Cover Sheet and Summons; draft Disclosure Statement | 0.3 |
| 2020-01-08 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Draft W&L NOA | 0.1 |
| 2020-01-09 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Complete Magistrate Refusal Form | 0.1 |
| 2020-01-13 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Review Motion to Set Aside | 0.1 |
| 2020-01-13 | Scott S. Luzi | Ellis, Brittney 1765.01 | SSL Legal Services $450 | Draft Default Motion | 0.3 |
| 2020-12-18 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Review file. | 0.4 |
| 2020-12-22 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Draft 26(f) Report. | 0.7 |
| 2021-01-29 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Email opposing counsel. | 0.1 |
| 2021-02-05 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Email opposing counsel. | 0.1 |
| 2021-02-12 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Finalize 26(f) report. | 0.4 |
| 2021-02-15 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Draft NOA. | 0.1 |
| 2021-03-01 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Review file. Draft initial disclosures. | 1.2 |
| 2021-03-05 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Review Defendant's Initial Disclosures. | 0.4 |
| 2021-04-09 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Review file and draft initial discovery requests based upon review. | 2.5 |
| 2021-04-12 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review and approve draft stip to correct caption | 0.1 |
| 2021-04-12 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Conference with Attorney Tobin re proper party | 0.3 |
| 2021-04-12 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Draft stipulation to correct caption. | 0.4 |
| 2021-04-12 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Email opposing counsel. | 0.1 |
| 2021-04-12 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Conference call with JAW. | 0.3 |
| 2021-04-19 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Legal research. | 0.4 |
| 2021-04-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review/revise motion and amended complaint | 0.3 |
| 2021-04-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Conference with Attorney Tobin re amending complaint and lack of scheduling order | 0.1 |
| 2021-04-20 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Draft Amended Complaint and accompanying Motion. | 1.4 |
| 2021-05-11 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Draft email to opposing counsel. | 0.2 |
| 2021-05-11 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Conference with SSL regarding status of case. | 0.3 |
| 2021-06-29 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Email opposing counsel. | 0.3 |
| 2021-07-29 | Matthew J Tobin | Ellis, Brittney 1765.01 | MJT Legal Services $325 | Attend status conference. | 0.3 |
| 2021-11-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Conference with Attorney Tobin re status of discovery responses | 0.2 |
| 2021-11-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email correspondence to counsel re first chair and outstanding discovery responses | 0.2 |
| 2021-11-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with Attorney Tobin re discovery deadline dates | 0.1 |
| 2021-11-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Research Zingg personal and business and begin drafting requests for admission | 2.6 |
| 2021-11-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue drafting requests for admission | 1.3 |
| 2021-11-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue drafting/review/revise/finalize requests for admission | 1 |
| 2021-11-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding requests for admission | 0.1 |
| 2021-11-18 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to counsel re status of discovery responses | 0.1 |
| 2021-11-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel regarding no discovery responses | 0.1 |
| 2021-11-30 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft email to counsel re overdue responses and motion to compel | 0.1 |
| 2021-11-30 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft Motion to Compel | 0.9 |
| 2021-12-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from counsel | 0.1 |
| 2021-12-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel re discovery matters | 0.1 |
| 2021-12-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review produced documents | 0.4 |
| 2021-12-19 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from Johnson re information in Defendants' possession | 0.1 |
| 2021-12-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review Defs' responses to requests for admission | 0.2 |
| 2022-02-15 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review file and draft Interim Settlement Report | 0.3 |
| 2022-04-08 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel re Zingg depo | 0.1 |
| 2022-05-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding subpoena | 0.1 |
| 2022-05-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft subpoena for inspection and cover letter to Johnson | 0.3 |
| 2022-05-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re computer and offer | 0.1 |
| 2022-06-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Briefly review paystubs | 0.2 |
| 2022-06-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re passswords | 0.1 |
| 2022-06-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel re inspection of computer | 0.1 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Calculate client's damages | 0.8 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with client re records and review screenshots | 0.3 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to counsel re no point in inspecting computer and scheduling deposition | 0.1 |

| Date | Attorney | Client | Service | Description | Hours |
|---|---|---|---|---|---|
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to client | 0.1 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re passwords | 0.1 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call with client re hours worked, passwords, applications | 0.9 |
| 2022-06-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel summarizing voicemail | 0.1 |
| 2022-06-08 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft Zingg deposition notice | 0.1 |
| 2022-06-08 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding deposition notice | 0.1 |
| 2022-06-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with client re settlement authority | 0.1 |
| 2022-06-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel conveying settlement offer | 0.1 |
| 2022-06-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review deposition info email and forward to counsel | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft Notice of Rescheduled Deposition | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to court reporter rescheduling deposition | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review voicemail from counsel re deposition | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re deposition | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call with counsel re no money over $5k | 0.1 |
| 2022-06-20 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review emails from court reporter | 0.1 |
| 2022-06-21 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding deposition info | 0.1 |
| 2022-06-21 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from court reporter | 0.1 |
| 2022-06-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Work on pretrial report | 3.4 |
| 2022-06-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel re in person conference for pretrial report | 0.1 |
| 2022-06-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft and file Final Settlement Report | 0.3 |
| 2022-06-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Briefly begin outlining pretrial report | 0.8 |
| 2022-06-24 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re pretrial meeting | 0.1 |
| 2022-06-25 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Work on jury instructions | 4.1 |
| 2022-06-26 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Prep for Zingg depo | 2.6 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel re meeting location | 0.1 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with court reporting co. | 0.3 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review documents in file and draft email forwarding potential deposition exhibits to counsel | 0.3 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Forward deposition link and details to counsel | 0.1 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Deposition prep | 7.7 |
| 2022-06-27 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft second email to counsel forwarding additional potential exhibits | 0.1 |
| 2022-06-28 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Zingg Deposition | 2.2 |
| 2022-06-28 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continued depo prep | 1.6 |
| 2022-06-29 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue working on draft jury instructions | 2.8 |
| 2022-06-30 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue working on pretrial documents (report, jury instructions, witness & exhibit list, stipulated fa | 7.9 |
| 2022-06-30 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call with client re case status, trial thoughts, and Zingg deposition | 0.5 |
| 2022-06-30 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails to counsel forwarding draft documents | 0.1 |
| 2022-07-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Pretrial meeting with counsel | 1.4 |
| 2022-07-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Briefly review pretrial order | 0.1 |
| 2022-07-01 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Briefly review documents from counsel | 0.2 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Revise pretrial report to remove jury matters and include PFOF section | 0.2 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Texts and phone call with client re rates and paystubs | 0.4 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding updated spreadsheet and discussing workweek | 0.1 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Synthesize paystubs in summary spreadsheet | 0.7 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding revised report | 0.1 |
| 2022-07-02 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review new trial scheduling order | 0.2 |
| 2022-07-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Synthesize time activities records and insert into Excel calendar for trial use | 3.7 |
| 2022-07-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Briefly review time records just produced this afternoon | 0.2 |
| 2022-07-04 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review/propose edits to joint pretrial report | 0.3 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email final* draft of pretrial report to counsel | 0.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue working on demonstrative exhibit | 3.4 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft motion to amend bench trial scheduling order | 0.2 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to clerk re motion | 0.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Call with counsel (including conference call with clerk) re pretrial order, joint pretrial report, and stipu | 0.5 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review Court's Order | 0.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Finish creating demonstrative | 3.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to client forwarding time records and March paystub | 0.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Texts with client re time records and damages | 0.2 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Revise exhibit and witness list and pretrial report | 0.4 |

| Date | Attorney | Matter | Service | Description | Hours |
|---|---|---|---|---|---|
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft proposed findings of fact and conclusions of law | 2.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel following up on stipulated facts | 0.1 |
| 2022-07-05 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Begin working on trial brief | 2.6 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue drafting trial brief | 1.5 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Travel to and from courthouse chambers to drop off pretrial materials | 1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to clerk forwarding Exhibit and Witness List and asking about countersigned joint report | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding revised exhibit and witness list and exhibits and outlining remaining doc | 0.2 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Revise proposed findings of fact and conclusions of law | 0.2 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from counsel, review stipulated facts against file, and respond | 0.2 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Modify pretrial report to include counsel's signature page and refile all documents | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Separate proposed findings of fact and conclusions of law into 2 documents and revise both docum | 0.5 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Draft email to counsel forwarding proposed conclusions of law and instructing him on what to do wit | 0.2 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to clerk re refiling pretrial report | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from counsel with signed pretrial report | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from clerk re signature page and filing pretrial report | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue working on trial brief | 2.6 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel forwarding proposed findings of fact | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to counsel (no answer) | 0.1 |
| 2022-07-06 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to counsel (voicemail) following up on status of stipulated facts | 0.1 |
| 2022-07-07 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue drafting trial brief | 2.3 |
| 2022-07-07 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Travel time to/from courthouse to deliver joint report signature page | 0.9 |
| 2022-07-07 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Texts with client arranging meeting | 0.1 |
| 2022-07-07 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue drafting/revising trial brief | 0.4 |
| 2022-07-08 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Revise/finalize trial brief | 1.7 |
| 2022-07-12 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Travel time and final pretrial | 1.5 |
| 2022-07-12 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review Minute Entry | 0.1 |
| 2022-07-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Call to Eric Riedijk scheduling time in courtroom | 0.1 |
| 2022-07-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Trial prep with client | 2.1 |
| 2022-07-13 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Conference with Attorney Hendra re case status | 0.4 |
| 2022-07-13 | Kirsten Cooper Hendra | Ellis, Brittney 1765.01 | KCH Legal Services $350 | Participated in client meeting with JAW | 2.1 |
| 2022-07-14 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel proposing stip re paystub summary | 0.1 |
| 2022-07-15 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Travel time and meet with Eric for purpose of familiarizing myself with courtroom technology | 1.3 |
| 2022-07-15 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call to Riedijk re getting into courtroom | 0.1 |
| 2022-07-15 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re paystub summary | 0.1 |
| 2022-07-15 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Emails with counsel re paystub summary | 0.1 |
| 2022-07-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Continue working on question outline and trial prep | 4.9 |
| 2022-07-16 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review Def's Trial Brief and draft Reply | 2.9 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | File depo transcript with Court | 0.1 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Prep computers and documents for use at trial | 0.2 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Phone call with client | 0.5 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Create and rehearse opening statement | 3.1 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review Zingg deposition transcript for potential impeachment use | 0.6 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Review email from client re def's brief | 0.1 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Trial prep - review of planned questions for witnesses | 1.3 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Text reminder to client re trial location | 0.1 |
| 2022-07-17 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Conference with Attorney Potteiger re use of depo transcript at trial | 0.4 |
| 2022-07-18 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Travel time and trial | 7.4 |
| 2022-07-22 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Calculate client's damages | 0.3 |
| 2022-07-22 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel outlining damages | 0.1 |
| 2022-08-08 | James A. Walcheske | Ellis, Brittney 1765.01 | JAW Legal Services $450 | Email to counsel following up re damages | 0.1 |

128.3